# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOLLAND, H. Russel | District of Alaska | 05/03/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
222 West 7th Avenue - Unit 54
Anchorage, Alaska 99513

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CMS Energy | A | Dividend | K | T | | | | | |
| 2. Nordstrom, Inc. | A | Dividend | L | T | | | | | |
| 3. Rowan Companies | A | Dividend | J | T | | | | | |
| 4. MS Liquid Asset Fund (Individual Liquid....) | A | Dividend | K | T | | | | | |
| 5. Talkeetna, Alaska, Lot | | None | | | Distributed | 04/11/11 | L | A | see Note, Part VIII |
| 6. Chitina, Alaska, Lot | | None | J | W | | | | | |
| 7. First National Bank Alaska | A | Interest | L | T | | | | | |
| 8. Bank of America - Cash Reserves Daily -- SEE ALSO LINE #79 | A | Interest | J | T | | | | | |
| 9. Bank of America / Portland, Oregon | A | Interest | J | T | | | | | |
| 10. Pepsico | A | Dividend | J | T | | | | | |
| 11. Franklin Value Mark II Variable Annuity | A | Dividend | K | T | | | | | |
| 12. First National Bank Alaska / Savings | A | Interest | K | T | | | | | |
| 13. Merrill Lynch (formerly B of A Investment Cash A/C) | A | Dividend | J | T | | | | | |
| 14. Yum Brands (formerly Tri-Global Restaurant) | A | Dividend | J | T | | | | | |
| 15. Franklin Income Fund | C | Dividend | K | T | Buy (add'l) | 01/26/11 | K | | |
| 16. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 17. Pfizer | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hewlett Packard | A | Dividend | J | T | | | | | |
| 19. Boeing Co. | A | Dividend | J | T | | | | | |
| 20. Northrim Bank | A | Dividend | K | T | | | | | |
| 21. Agilent Technologies | A | Dividend | J | T | | | | | |
| 22. Caterpillar, Inc. | A | Dividend | K | T | | | | | |
| 23. MetLife | A | Dividend | J | T | | | | | |
| 24. Trust #1 [Lines 25 through 54, inclusive]: | | | | | | | | | see Note, Part VIII |
| 25. --MS Bank (formerly MSDW Active Assets Money Trust) | B | Interest | L | T | | | | | |
| 26. --Caterpillar Finance Service (bond) ****L*C2 | B | Interest | K | T | | | | | |
| 27. --Gabelli Global Gold Reserves (formerly Gabelli Global) GGN | C | Dividend | K | T | | | | | |
| 28. --Coca Cola Co. | A | Dividend | K | T | | | | | |
| 29. --Google, Inc. | | None | K | T | | | | | |
| 30. --Intel Corp. | A | Dividend | J | T | | | | | |
| 31. --Johnson & Johnson | B | Dividend | K | T | | | | | |
| 32. --Microsoft Corp. | | None | J | T | | | | | |
| 33. --McKesson Corp. | A | Dividend | K | T | | | | | |
| 34. --3M Company | A | Dividend | K | T | Buy (add'l) | 08/09/11 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --Monsanto Co. | A | Dividend | K | T | | | | | |
| 36.   --Novartis AG ADR | A | Dividend | J | T | | | | | |
| 37.   --Proctor & Gamble | B | Dividend | K | T | | | | | |
| 38.   --Eaton Vance / Muni. Bond | B | Dividend | K | T | | | | | see Note, Part VIII |
| 39.   --Exelon Corp. | A | Dividend | J | T | | | | | |
| 40.   --Green Haven Comodity | | None | J | T | | | | | |
| 41.   --Spider Gold (GLD) | | None | K | T | | | | | |
| 42.   --United States Oil (Oil) | | None | K | T | | | | | |
| 43.   --Unit Van Kampen, Cohen; Steers Con. Call Income | B | Dividend | J | T | | | | | |
| 44.   --Market Vectors Goldminers (GDX) | A | Dividend | J | T | | | | | |
| 45.   --Aquila Tax Free Oregon Bond | A | Interest | | | Sold | 10/04/11 | K | | |
| 46.   --Maxim Integrated Products | A | Dividend | J | T | | | | | |
| 47.   --Gabelli Div. & Income | B | Dividend | K | T | | | | | |
| 48.   --Abbott Lab. | B | Dividend | K | T | Buy | 05/17/11 | K | | |
| 49.   --Apple Inc. | | None | K | T | Buy | 05/17/11 | K | | |
| 50.   --Goldman Sachs (bond) | A | Interest | K | T | Buy | 10/12/11 | K | | |
| 51.   --GAMCO (GNT) Nat. Resources | B | Dividend | J | T | Buy | 10/11/11 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --Franklin OR / tax free | B | Interest | K | T | Buy | 10/14/11 | K | | |
| 53. --Exxon Mobil | A | Dividend | | | Sold | 10/10/11 | K | A | see Note, Part VIII |
| 54. --Niska Gas Storage Partners | A | Dividend | | | Sold | 10/10/11 | J | A | see Note, Part VIII |
| 55. Comcast Corp. | A | Dividend | J | T | | | | | |
| 56. One Point, f/k/a Portland Teachers Cr.Union - savings A/C | A | Interest | J | T | | | | | |
| 57. Met Life - whole life | A | Interest | J | T | | | | | |
| 58. Met Life - whole life | A | Interest | J | T | | | | | |
| 59. Americo Financial Life - whole life | A | Interest | L | T | | | | | |
| 60. American General - whole life | A | Interest | K | T | | | | | |
| 61. American General - whole life | A | Interest | K | T | | | | | |
| 62. Canada Life - whole life | A | Interest | J | T | | | | | |
| 63. MONY - whole life | A | Interest | J | T | | | | | |
| 64. Massachusetts Mutual - flexible retirement annuity | D | Dividend | L | T | | | | | |
| 65. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 66. Nationwide Annuity (formerly AIG Annuity) | C | Dividend | M | T | | | | | |
| 67. ML Personal Advisor Multi-Asset Sector ETF Portfolio | B | Dividend | L | T | | | | | |
| 68. Alaska Communications Systems | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. General Communications | | None | J | T | | | | | |
| 70. First National Bank Alaska | A | Dividend | K | T | | | | | |
| 71. Verigy | | None | | | Sold | 07/08/11 | J | A | |
| 72. Bank of America - Franklin Oregon Tax Free | C | Interest | M | T | Sold (part) | 01/20/11 | L | A | |
| 73. MSDW Ishares Canada Index | A | Dividend | J | T | | | | | |
| 74. PIMCO All Asset / All Authority | C | Dividend | L | T | Buy (add'l) | 01/26/11 | K | | |
| 75. Blackrock Global Allocation (IRA account) | A | Dividend | J | T | | | | | |
| 76. Columbia Cash Reserves Daily (IRA account) | A | Interest | J | T | | | | | |
| 77. Northrim Bank (CDs) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, ln. 5:   The Talkeetna property was transferred ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ in equal shares.

Part VII, ln. 24:   TRUST #1:   NEW items that were ADDED to the trust:   lns. 48 - 54, inclusive.

Part VII, ln. 38:   This item (Eaton Vance) was a TRUST #1 entry at line 43 on previous year's report.   Item was not sold in its entirety; amount indicated is remainder.

Part VII, ln. 53:   Item bought 08.09.11 and sold within calendar year.

Part VII, ln. 54:   Item bought 05.07.11 and sold within calendar year.

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/03/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ H. Russel HOLLAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544